STATE OF NEW JERSEY v. FRED W. JOHNSON.

March 27, 1979.   Petition for certification denied.

THE BOARD OF EDUCATION OF THE SCHOOL DISTRICT OF
THE TOWNSHIP OF EDISON, ETC.
v.
EDISON TOWNSHIP EDUCATION ASSOCIATION.

March 27, 1979.   ORDERED that the petition for certification is granted, the judgment of the Appellate Division is summarily reversed, and the matter is remanded to the Superior Court, Law Division, for further proceedings consistent with this Court's determination in *Board of Education of the Township of Bernards, Somerset County v. Bernards Township Education Association*, 79 *N.J.* 311 (1979) and it is further

ORDERED that the arbitration proceedings permitted to proceed by the Appellate Division are hereby permanently enjoined. (See 161 *N.J.Super.* 155)

THE ANACONDA CO., ETC.
v.
THE CITY OF PERTH AMBOY, ETC.

March 27, 1979.   ORDERED that the petition for certification is granted limited to the issue as to whether processing tanks and related machinery and equipment are or are not business personal property, taxable under *N.J.S.A.* 54:11A–1, *et seq.*

As to this issue, the judgment of the Appellate Division is vacated and the case is remanded to the Division of Tax Appeals for further consideration in light of *City of Bayonne v. Port Jersey Corporation*, 79 *N.J.* 367 (1979).   (See 157 *N.J.Super.* 42)